**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

SHARET B. G. M.,

                      Petitioner,

Civil No. 26-120 (JRT/DTS)

v.

**ORDER**

TODD LYONS, *et al.*,

                      Respondents.

---

Pursuant to the joint request of the parties (*see* Docket No. 10), I**T IS HEREBY ORDERED** that this Court's January 15, 2026 Order (Docket No. 9) is amended to require Petitioner's immediate release from the location where she is currently detained.

DATED: January 26, 2026
at Minneapolis, Minnesota.

                                                                      /s/ John R. Tunheim
                                                                        JOHN R. TUNHEIM
                                                                United States District Judge